No. 910. OLIVE ELLA MARILLA HARDING, PLAINTIFF IN ERROR, *v.* MYRTLE GILLETT ET AL.   In error to the Supreme Court of the State of Oklahoma.   May 31, 1910. Dismissed with costs, on motion of counsel for the plaintiff in error.   *Mr. J. C. Robberts* and *Mr. George W. Buckner* for the plaintiff in error.   *Mr. Arthur A. Birney* and *Mr. Henry F. Woodard* for the defendants in error.

---

# SUPREME COURT OF THE UNITED STATES.

## OCTOBER TERM, 1909.

### May 31st, 1910.

Order: In pursuance of § 29 of the act of Congress approved August 5, 1909.[1]

It is now here ordered by this court that the following

---

[1] SEC. 29.  That a United States Court of Customs Appeals is hereby created, and said court shall consist of a presiding judge and four associate judges appointed by the President, by and with the advice and consent of the Senate, each of whom shall receive a salary of ten thousand dollars per annum.  It shall be a court of record, with jurisdiction as hereinafter established and limited.

Said court shall prescribe the form and style of its seal and the form of its writs and other process and procedure and exercise such powers conferred by law as may be conformable and necessary to the exercise of its jurisdiction.  It shall have the services of a marshal, with the same duties and powers, under the regulations of the court, as are now provided for the marshal of the Supreme Court of the United States, so far as the same may be applicable.  Said services within the District of Columbia shall be performed by a marshal at a salary of three thousand dollars per annum, to be appointed by and hold office during the pleasure of said court; said services outside the District of Columbia to be performed by the United States marshals